**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Javier FIGUEROA–GARCIA, Defendant–Appellant.**

**No. 00–10568.**
**D.C. No. CR–00–20123–RMW.**

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001[1].

Decided May 30, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM[2]

Javier Figueroa–Garcia appeals the 84–month sentence imposed following his guilty plea to illegal reentry following deportation in violation of 8 U.S.C. § 1326. Figueroa–Garcia contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the

---

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

district court improperly imposed a sentence that exceeds 8 U.S.C. § 1326(a)'s two-year statutory maximum based upon a finding that Figueroa–Garcia had been deported subsequent to having been convicted of an aggravated felony, when an aggravated felony had not been alleged in the indictment, proved beyond a reasonable doubt, or established during the plea hearing by Figueroa–Garcia's admission. Figueroa–Garcia also contends that 8 U.S.C. § 1326(b), as construed by the Supreme Court in *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is unconstitutional on its face after *Apprendi* because it permits the statutory maximum set forth in subsection (a) to be increased based upon enhancement facts that are not afforded the due process protection of offense elements. These contentions are foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000), *cert. denied* —— U.S. ——, 121 S.Ct. 1503, —— L.Ed.2d —— (2001).[3]

AFFIRMED.

---

3. Figueroa–Garcia's motion to stay this appeal pending resolution of certiorari in *Pacheco–Zepeda* is DENIED as moot. *See Pacheco–Zepeda v. United States*, —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001) (denying *certiorari*).

